[No. 34984-1-II.   Division Two.   May 1, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS JAMES BALL, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 06-1-00323-1, James E. Warme, J., entered May 12, 2006. *Reversed* and *remanded with instructions* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Hunt, J.

[No. 24517-9-III.   Division Three.   May 1, 2007.]

WASHINGTON TRUST BANK, NA, *Plaintiff*, v. THE ESTATE OF MICHAEL ANTON, SR., *Defendant*.

FRIDA ANTON, *Through her Guardians, Petitioner*, v. LEROY JOSEPH LOUDIANA ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-2-05816-8, Gregory D. Sypolt, J., entered August 26, 2005. *Reversed* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Schultheis, J.

[No. 24878-0-III.   Division Three.   May 1, 2007.]

*In the Matter of the Marriage of* CRAIG JAMES FORTNER, *Respondent*, and DEBRA FORTNER, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 04-3-50023-7, Vic L. VanderSchoor, J., entered December 19, 2005. *Remanded* by unpublished opinion per Sweeney, C.J., concurred in by Brown and Kulik, JJ.